**Form 126**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joshua D. Wetherson**
Debtor(s)

Bankruptcy Case No.: 19–70030–JAD

Chapter: 7

## NOTICE OF STATEMENT OF PRESUMPTION OF ABUSE

**NOTICE IS HEREBY GIVEN THAT:**

The Debtor(s) filed a *Statement* indicating that the presumption of abuse arises under *section 707(b)* of the Bankruptcy Code.

If the presumption of abuse arises under *section 707(b),* creditors may have the right to file a motion to dismiss the case or, with the debtor's consent, convert the case to a case under chapter 11 or chapter 13.

The debtor may rebut the presumption by showing special circumstances.

Dated: April 1, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70030-JAD
Joshua D. Wetherson                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: llea              Page 1 of 1              Date Rcvd: Apr 01, 2019
                              Form ID: 126            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db           Joshua D. Wetherson,   356 Maple Street,   Ramey, PA 16671
cr          +Suntrust Bank,   C/O Morton & Craig LLC,   110 Marter Ave., Suite 301,
              Moorestown, NJ 08057-3124
14981105    +Amex,   Correspondence/Bankruptcy,   P.O. Box 981540,   El Paso, TX 79998-1540
14981106    +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
14981107    +Chase Card Services,   Correspondence Dept,   P.O. Box 15298,   Wilmington, DE 19850-5298
14981108    +Citicards Cbna,   Citi Bank,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
14981110    +Edc/renttrack LLC,   13911 Ridgedale Drive,   Minnetonka, MN 55305-1771
14981111    +Marcus by Goldman Sachs,   Attn: Bankruptcy,   P.O. Box 45400,   Salt Lake City, UT 84145-0400
14981112    +Sofi Lending Corp,   Attn: Bankruptcy,   375 Healdsburg Avenue Suite 280,
              Healdsburg, CA 95448-4151
14981113    +Suntrust,   Attn: Bankruptcy,   Mail Code VA-RVW-6290 PO Box 85092,   Richmond, VA 23285-5092
14981114   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,   P.O. Box 8026,
              Cedar Rapids, IA 52409)
14981115    +Usaa Federal Savings Bank,   Attn: Bankruptcy,   10750 Mcdermott Freeway,
              San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14981109     +E-mail/Text: mrdiscen@discover.com Apr 02 2019 03:43:57      Discover Financial,   P.O. Box 3025,
              New Albany, OH 43054-3025
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.axosfs.com;gbivens@spencecuster.com;TrusteeWalsh@gmail.com
              Joseph S. Sisca    on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Joshua D. Wetherson ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Suntrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6