**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| JOSHUA D. WETHERSON, ) | |
|     **Debtor(s)** ) | Bankruptcy No. 19-70030-JAD |
| ) | |
| SUNTRUST BANK, ) | Chapter 7 |
|     **Movant** ) | |
| ) | Related To Document No. 15 |
| v. ) | |
| ) | |
| JOSHUA D. WETHERSON, ) | **Response Deadline:  4/1/19** |
|     **Respondent(s)** ) | |
| ) | **Hearing Date:  4/18/19 at 11:00 AM** |
| JAMES R. WALSH, ) | |
|     **Trustee** ) | |

**ORDER OF COURT**

AND NOW, this ___10th___ day of ___April___, 2019, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant SunTrust Bank is permitted to enforce its rights in the property described as a **2014 Mercedes-Benz CLA45** bearing vehicle identification number WDDSJ5CB6EN057853, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____ sjk
Jeffery A. Deller,
U.S. Bankruptcy Judge

FILED
4/10/19 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70030-JAD
Joshua D. Wetherson                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             Joshua D. Wetherson,    356 Maple Street,    Ramey, PA   16671
cr            +Suntrust Bank,    C/O Morton & Craig LLC,    110 Marter Ave., Suite 301,
                Moorestown, NJ 08057-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James R. Walsh     jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.axosfs.com;gbivens@spencecuster.com;TrusteeWalsh@gmail.com
              Joseph S. Sisca,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee   Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Joshua D. Wetherson ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Suntrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6