# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua D. Wetherson<br>　　　　　Debtor(s)<br><br>Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　　v.<br>Joshua D. Wetherson<br>　　　　　Respondent<br>　　　　and<br>James R. Walsh Esquire, Trustee<br>　　　　　Additional Respondent | BK. NO. 19-70030 JAD<br><br>CHAPTER 7<br>Related to Docket # __22__ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 18th day of April, 2019, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2015 Jeep Cherokee, VIN: 1C4PJMBS5FW524347, , in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　_/s/ JAD_ sjk
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　Jeffery A. Deller

cc: See attached service list:

　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　4/18/19 10:14 am
　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　COURT - WDPA

Joshua D. Wetherson
356 Maple Street
Ramey, PA 16671

Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434, 43 West Market Street
Blairsville, PA 15901
ecf@johnstownbankruptcy.com

James R. Walsh Esquire
Spence, Custer,Saylor,Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70030-JAD
Joshua D. Wetherson                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 1              Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db              Joshua D. Wetherson,    356 Maple Street,    Ramey, PA   16671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;skosis@spencecuster.com
               ;mskunta@spencecuster.com;jwalsh@ecf.axosfs.com;gbivens@spencecuster.com;TrusteeWalsh@gmail.com
              Joseph S. Sisca,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office
               of the United States Trustee joseph.s.sisca@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Joshua D. Wetherson ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              William E. Craig    on behalf of Creditor    Suntrust Bank ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 6